BEFORE THE SECOND DIVISION, OCTOBER 22, 1953

**No. 57554.**—Freedman & Slater, Inc. *v.* United States, protest 165594–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise consist of aluminum scrap of which metal is the component material of chief value and which is secondhand and fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 57555.**—Baylor Watch Co. and S. H. Pomerance Co., Inc. *v.* United States, protest 193125–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the watch movements in question measure more than 1 inch but not less than 1.77 inches wide.   Upon the agreed statement of facts, the merchandise was held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide under paragraph 367 (a) (1), as modified, *supra*.